■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN LASHWAY, Appellant. [933 NYS2d 922]—

Stein, J.

In view of the People's concession that defendant was entitled to a hearing on the merits of his application and to be represented by counsel thereat, we remit this matter to County Court for further proceedings pursuant to Correction Law § 168-*o*.

Spain, J.P., Rose, Malone Jr. and Egan Jr., JJ., concur. Ordered that the order is reversed, without costs, and matter remitted to the County Court of Clinton County for further proceedings not inconsistent with this Court's decision.